


# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

**KEITH E. BURDICK**

JUDGMENT IN A CRIMINAL CASE

Case Number: 05-PO-11 (GHL)

_(Waived)_
Attorney for Defendant

**U.S. DISTRICT COURT - N.D. OF N.Y.**
**FILED**
**JUL 11 2005**
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

**THE DEFENDANT ENTERED A PLEA OF:**

XX guilty __ nolo contendere] as to count(s)___1___

**THERE WAS A:**
__ finding __ verdict] of guilty as to count(s)_____.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Aggravated Unlicensed Operation of a Motor Vehicle, in violation of Title 18, United States Code, Section 7 & 13, assimilating Section 511.2 of the New York Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED:** May 1, 2005.

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $990.00 and a $10.00 special assessment. The total of the fine and special assessment amount to $1000.00, payable by August 8, 2005. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address. .

**IT IS FURTHER ORDERED that Defendant is sentenced to seven (7) days imprisonment.** Defendant will self-surrender himself to a facility designated by the U.S. Marshal on a date and time to be announced. Defendant will be given sufficient notice of the report date to enable Defendant to make arrangements with his employer. Upon release from imprisonment, Defendant is placed on one year of unsupervised probation.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver a certified copy of this judgment to the United States Marshal of this district.

_____June 8, 2005_____
Date of Imposition of Sentence

_____
DATE SIGNED

_____
GEORGE H. LOWE
U.S. Magistrate Judge